**AMERICAN SAMOA GOVERNMENT, Plaintiff**

**v.**

**ASUELU TIUMALU, Defendant**

High Court of American Samoa
Trial Division

CR No. 6-95

June 29, 1995

Before RICHMOND, Associate Justice, TAUANU`U, Chief Associate
Judge, and ATIULAGI, Associate Judge.

Counsel:　　　For Plaintiff, Frederick J. O`Brien, Assistant Attorney
　　　　　　　General
　　　　　　　For Defendant, Reginald E. Gates, Assistant Public
　　　　　　　Defender

Order Denying Motion for New Trial:

 On May 22, 1995, the defendant was found guilty by jury verdict
of the crime of assault in the first degree, as a Class B felony. Defendant
prematurely filed a motion for new trial on June 1, 1995. The 10-day time
period mandated by A.S.C.A. § 46.2402(a) for filing a motion for new
trial did not begin to accrue until the defendant was sentenced on June 12,
1995. The motion came regularly for hearing on June 26, 1995.
Defendant and both counsel were present. We considered the motion to
have been properly filed as of June 12, 1995.

Defendant argues that the evidence was insufficient because his conviction
was inconsistent with the acquittal of one of his three co-defendants, and
that he was prejudiced by the late availability of a Hawaii hospital report
containing information which may have been relevant to impeach the
victim and the causes and seriousness of his injuries. Both arguments are
without merit.

136

The motion for a new trial is denied.

It is so ordered.